IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates to:**

| | |
|---|---|
| *Lisa Clegg, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-10353-DRH-PMF |
| *Lisa Barrett, et al. v. Bayer HealthCare Pharmaceuticals Inc, et al.* | No. 3:14-cv-10310-DRH-PMF |
| *Wadiyya Fiecha Walton, et al. v. Bayer HealthCare Pharmaceuticals Inc, et al.* | No. 3:14-cv-10287-DRH-PMF |
| *Lisa Boccignone v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-10478-DRH-PMF |
| *Lashon Denise Davis v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:13-cv-10609-DRH-PMF |
| *Tiffany Jones v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-10273-DRH-PMF |
| *Audrey Lee, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-11290-DRH-PMF |
| *Tammye Purslow, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-13438-DRH-PMF |
| *Stephanie Reeves, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-10046-DRH-PMF |
| *Connie Segundo v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:12-cv-10670-DRH-PMF |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal and/or Orders of Dismissal, entered to date, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

                                          **JUSTINE FLANAGAN,**
                                          **ACTING CLERK OF COURT**

                                          BY:  /s/*Caitlin Fischer*
                                                          **Deputy Clerk**

Digitally signed by Judge David R. Herndon
Date: 2016.03.17 13:10:11 -05'00'

APPROVED:
      DISTRICT JUDGE
      U. S. DISTRICT COURT